(March 29, 1919.)

THE CITIZENS RIGHT OF WAY COMPANY, LTD., a Corporation, Respondent, v. HARVEY POLLARD, Appellant.

[180 Pac. 259.]

ADVERSE POSSESSION.

Judgment affirmed on authority of *Citizens Right of Way Co. v. J. L. Ayers, ante,* p. 206.

APPEAL from the District Court of the Third Judicial District, for Ada County. Hon. Carl A. Davis, Judge.

Action to quiet title. Judgment for plaintiff. *Affirmed.*

Cavanah & Blake, for Appellant.

Charles F. Reddoch and Richard H. Johnson, for Respondent.

RICE, J.—This case is identical with the case of *Citizens Right of Way Co., Ltd., v. J. L. Ayers, ante,* p. 206, 179 Pac. 954.

On the authority of that case, the judgment is affirmed. Costs awarded to respondent.

Morgan, C. J., and Budge, J., concur.